Julia McKay, appellee, v. Hillman's, appellant. Gen. No. 32,300.

Opinion filed February 27, 1928.
Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. C. C. Cunningham and Rose & Symmes, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Wolff Coal Saver Company, appellant, v. Houston Porter, appellee. Gen. No. 32,309.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.
Frances E. Spooner, for appellant. K. B. Czarnecki, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Albert Mareska, by Emaly Mareska, appellant, v. Chicago Railways Company et al., appellees. Gen. No. 32,318.

Opinion filed February 27, 1928.
Warren Nichols and Frank L. Wolf, for appellant; Frank L. Wolf, of counsel. George W. Miller and Arthur J. Donovan, for appellees; Frank L. Kriete and C. C. Cunningham, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

M. A. Goldstein et al., appellees, v. Bernard Soll et al., appellants. Gen. No. 32,505.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.
Moses, Kennedy, Stein & Bachrach, for appellants; Isaac E. Ferguson, of counsel. Nelson & Ricker and Peter Sissman, for appellees; Peter Sissman, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.